IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GEORGE LANE, et al., <br><br> Plaintiffs, <br> v. <br><br> STATE OF TENNESSEE, et al. <br><br> Defendants. | Judge Campbell <br> Magistrate Judge Griffin <br><br> No. 3:98 CV 0731 <br> JURY DEMAND |

### ORDER

It appearing to the Court, as evidenced by the signatures of counsel hereon, that the Plaintiffs' claims against Defendants Chester, Clay, Cocke, Decatur, Fayette, Houston, Jackson, Polk and Trousdale Counties for post-December 17, 2004, attorneys' fees, costs and expenses have been resolved;

It is therefore ORDERED that the claims of Plaintiffs, George Lane, Ann Marie Zappola, Ralph Ramsey, Sr., Dennis Cantrel, A. Russell Larson and Beverly Jones against Defendants Chester, Clay, Cocke, Decatur, Fayette, Houston, Jackson, Polk and Trousdale Counties for post-December 17, 2004, attorneys' fees, costs and expenses are dismissed with prejudice.

Signed this ____ day of August, 2005.

_____
JUDGE TODD J. CAMPBELL

279479

APPROVED FOR ENTRY:

*[signed] William J. Brown by TR with permission*
WILLIAM J. BROWN (BPR# 5450)
23 North Ocoee Street
Post Office Box 10001
Cleveland, Tennessee 37364-1001
(423) 476-4515

Attorney for Plaintiffs

*[signed] Martha M. Lafferty by TR with permission*
MARTHA M. LAFFERTY (BPR #19817)
Tennessee Protection & Advocacy
2416 21st Avenue South, Suite 100
Nashville, Tennessee 37212
(615) 298-1080

Attorney for Plaintiffs

*[signed] Linda M. Dardarian by TR with permission*
LINDA M. DARDARIAN (Admitted Pro Hac Vice)
Goldstein, Demchak, Baller, Borge & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, CA 94612-3534

Attorneys for Plaintiffs

*[signed] John E. Quinn by TR with permission*
JOHN E. QUINN (BPR # 12220)
Manier & Herod
One Nashville Place, Suite 2200
150 Fourth Avenue North
Nashville, Tennessee 37219-2412
(615) 742-9351

Attorneys for Defendants Clay, Cocke,
and Fayette Counties

279479

2

_____
THOMAS M. DONNELL, JR. (BPR #13541)
JOHN PAUL NEFFLEN (BPR # 20226)
Stewart, Estes & Donnell
Financial Center, Suite 1401
424 Church Street
Nashville, Tennessee 37219
(615) 244-6538

Attorneys for Defendants Chester, Decatur,
Houston, Jackson, Polk and Trousdale Counties

279479                                3

Case 3:98-cv-00731   Document 456   Filed 08/16/05   Page 3 of 3 PageID #: 18